IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ELOISA MARQUEZ, RICHARD MARTINEZ,
DESTINEY MARTINEZ and ANDRELLITA MARTINEZ,

    Plaintiffs,

v.                                                                                            1:15-cv-00787-KBM-LF

OFFICER NICHOLAS LEVINE, in his official capacity as
a commissioned law enforcement officer and individual capacity,
OFFICER RYAN KUEHL, in his official capacity as a
Commissioned law enforcement officer and individual capacity,
And the NEW MEXICO STATE POLICE DEPARTMENT,

    Defendants.

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

      IT IS HEREBY ORDERED that a status conference will be held by telephone on **TUESDAY, December 1, 2015, at 3:00 p.m.** Counsel shall call my "meet-me" conference line at 505-348-2367 to be joined to the proceedings.

                                                          _____
                                                          Laura Fashing
                                                         United States Magistrate Judge