IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ELOISA MARQUEZ, RICHARD  1:15CV00787KBM   LF
MARTINEZ, DESTINEY MARTINEZ
and ANDRELLITA MARTINEZ,

    Plaintiffs,

vs.

OFFICER NICHOLAS LEVINE, in
his official capacity as a commissioned
law enforcement officer and individual
capacity, OFFICER RYAN KUEHL, in
his official capacity as a commissioned
law enforcement officer and individual
capacity, and the NEW MEXICO
STATE POLICE DEPARTMENT,

    Defendants.

## RESPONSE TO MOTION TO QUASH SUBPOENA BY PILAR TIRADO MURRAY TO DEPARTMENT OF PUBLIC SAFETY

Plaintiffs, by and through their counsel of record, Pilar Tirado Murray, in response to *Defendants' Motion to Quash Subpoena by Pilar Tirado Murray to Department of Public Safety* states as follows:

1. The subpoena was erroneously issued.

2. A *Notice of Withdrawal* of that subpoena is attached.

3. Based upon the withdrawal of the subpoena, Defendants' Motion is moot.

4. A hearing is unnecessary.

                                                        **RESPECTFULLY,**

                                                        /s/Pilar Tirado Murray
                                                        PILAR TIRADO MURRAY
                                                        *Counsel for Plaintiffs*
                                                        P.O. Box 2532
                                                        Ranchos de Taos, NM  87557
                                                       (575) 779-7054
                                                       jurisprudence@writeme.com

I certify that the foregoing
was served on opposing counsel
Frank Apodaca and Chris Saucedo
at their electronic addresses of
record via cm/ecf on December 20, 2015.

By: /s/ Pilar Tirado Murray