## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ELOISA MARQUEZ, RICHARD         1:15CV00787KBM   LF
MARTINEZ, DESTINEY MARTINEZ
and ANDRELLITA MARTINEZ,

    Plaintiffs,

vs.

OFFICER NICHOLAS LEVINE, in
his official capacity as a commissioned
law enforcement officer and individual
capacity, OFFICER RYAN KUEHL, in
his official capacity as a commissioned
law enforcement officer and individual
capacity, and the NEW MEXICO
STATE POLICE DEPARTMENT,

    Defendants.

## NOTICE OF WITHDRAWAL OF SUBPOENA

Counsel Pilar Tirado Murray hereby withdraws her *Subpoena to Produce Documents, Information, or Objects, et al* directed to the Department of Public Safety on December 22, 2015 and dated December 9, 2015.  The subpoena contained an incorrect date of issue and date of compliance, and due to ministerial error should not have issued.

                                       **RESPECTFULLY,**

                                       /s/Pilar Tirado Murray
                                       PILAR TIRADO MURRAY
                                       *Counsel for Plaintiffs*
                                       P.O. Box 2532
                                       Ranchos de Taos, NM  87557
                                       (575) 779-7054
                                       jurisprudence@writeme.com

I certify that the foregoing
was served on opposing counsel
Frank Apodaca and Chris Saucedo
at their electronic addresses of
record via cm/ecf on December 30, 2015.

By:  /s/ Pilar Tirado Murray