# Frank Apodaca

| | |
|---|---|
| From: | Frank Apodaca |
| Sent: | Tuesday, January 05, 2016 11:50 AM |
| To: | 'Pilar Tirado Murray'; Christopher T. Saucedo; Marinell Locson |
| Subject: | RE: Motion to Extend Time - Marquez, et al v. Levine, et al |

Counsel,

Thanks for taking my call regarding your proposed motion to extend time for filing motions to compel. I indicated I was prepared to agree to additional time for you to file any motions to compel if you would grant us the same courtesy. I know you are considering my suggestion that we file a simple stipulated motion for extension of time for each side to file motions to compel, if any, on the following grounds:

1. On December 17, 2015, Plaintiffs were served with State Defendants' answers, responses, and objections to Plaintiffs' First Set of Requests for Admission, Requests for Production of Documents, and Interrogatories. On January 4, 2016 Plaintiffs sent discovery deficiencies letters to State Defendants regarding same.

2. Under Local Rule 26.6 any motions to compel by Plaintiffs as to the above discovery answers, responses, and objections must be filed by January 7, 2016.

3. On December 21, 2015 State Defendants were served with Plaintiffs' answers, responses and objections to State Defendants' First Set of Requests for Production of Documents and Interrogatories. State Defendants anticipate sending discovery deficiencies letters to Plaintiffs regarding same in coming days.

4. Under Local Rule 26.6 any motions to compel by State Defendants as to the above discovery answers, responses, and objections must be filed by January 11, 2016.

5. Given the volume of written discovery requests at issue, the timing of the service of the discovery over the holidays, and other case deadlines relating to the mediation of this matter on January 20, 2016 set before the Court, the parties believe it would be beneficial to this litigation to have additional time to attempt to discuss and potentially winnow the scope of any issues that may be the subject of their respective motions to compel.

6. Wherefore, the parties respectfully request that the Court issue the attached stipulated order to provide as follows:



EXHIBIT B

   a. That Plaintiffs be allowed an additional fifteen (15) days until January 22, 2016 to file any motions to compel relating to State Defendants' answers, responses, and objections to Plaintiffs' First Set of Requests for Admission, Requests for Production of Documents, and Interrogatories; and
   b. That State Defendants be allowed an additional fifteen (15) days until January 26, 2016 to file any motions to compel relating to Plaintiffs' answers, responses and objections to State Defendants' First Set of Requests for Production of Documents and Interrogatories.

        Respectfully submitted:

        MLF

        SC

It seems the benefit(s) of this approach is (are) that we allow more time for orderly framing of the issues, that the deadlines occur after mediation, and that you and your clients get the certainty of the Court granting more time for the filing of your motions to compel currently due January 7, because the Court tends to rule very quickly on stipulated motions, and likely would enter a stipulated order before then.

I look forward to learning your thoughts by phone or by return email either today or tomorrow morning as discussed.

Frank


Frank T. Apodaca
*Attorney*

 SaucedoChavez, P.C.

6565 Americas Parkway NE, Suite 920
Albuquerque, NM 87110
T:  (505) 338-3945
F:  (505) 338-3950
fapodaca@saucedochavez.com
www.saucedochavez.com
www.saucedochavez.com/attorneys/frank-t-apodaca/

**From:** Pilar Tirado Murray [mailto:jurisprudence@writeme.com]
**Sent:** Tuesday, January 05, 2016 10:32 AM
**To:** Frank Apodaca <fapodaca@saucedochavez.com>; Christopher T. Saucedo <csaucedo@saucedochavez.com>; Marinell Locson <mlocson@saucedochavez.com>
**Subject:** Motion to Extend Time - Marquez, et al v. Levine, et al

Counsel,

Do you concur or oppose?

Pilar Tirado Murray
Attorney
P.O. Box 2532
Ranchos de Taos, NM 87557
jurisprudence@writeme.com
(575) 779-7054

If you are a client of this law firm, this email is protected by attorney client privilege and is confidential. If you are not its intended recipient, please delete the email immediately, and notify this office that you have received it.