

## Corrections to date in Plaintiffs' Motion to Shorten Time - Levine, et al

**From:** "Pilar Tirado Murray" <jurisprudence@writeme.com>

**To:** "Frank Apodaca" <fapodaca@saucedochavez.com>, "Christopher T. Saucedo" <csaucedo@saucedochavez.com>, "Marinell Locson" <mlocson@saucedochavez.com>

**Date:** Jan 5, 2016 10:46:34 AM

Plaintiffs' dates have been corrected from 2015 to 201<u>6</u>.

If I do not receive a response from you by 5 p.m. a.m. on January 6, 2016, I will so indicate to the Court and file the Motion.

Pilar Tirado Murray
Attorney
P.O. Box 2532
Ranchos de Taos, NM 87557
jurisprudence@writeme.com
(575) 779-7054

If you are a client of this law firm, this email is protected by attorney client privilege and is confidential. If you are not its intended recipient, please delete the email immediately, and notify this office that you have received it.



EXHIBIT A2