

| | |
|---|---|
| **From:** | "Pilar Tirado Murray" <jurisprudence@writeme.com> |
| **To:** | "Frank Apodaca" <fapodaca@saucedochavez.com> |
| **Date:** | Jan 5, 2016 12:51:10 PM |

Frank, I have re-titled my motion based on LR 26.5(a) and re-worded the introduction accordingly. I will note your remarks.

Pilar Tirado Murray
Attorney
P.O. Box 2532
Ranchos de Taos, NM 87557
jurisprudence@writeme.com
(575) 779-7054

If you are a client of this law firm, this email is protected by attorney client privilege and is confidential. If you are not its intended recipient, please delete the email immediately, and notify this office that you have received it.

