

# Activity in Case 1:15-cv-00787-KBM-LF Marquez et al v. Levine et al Motion to Extend (other)

**From:** cmecfbb@nmcourt.fed.us
**To:** cmecfto@nmcourt.fed.us
**Date:** Jan 5, 2016 12:59:21 PM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of New Mexico - Version 6.1

## Notice of Electronic Filing

The following transaction was entered by Murray, Pilar on 1/5/2016 at 12:59 PM MST and filed on 1/5/2016

**Case Name:** Marquez et al v. Levine et al
**Case Number:** 1:15-cv-00787-KBM-LF
**Filer:** Eloisa Marquez
Andrellita Martinez
Destiney Martinez
Richard Martinez

**Document Number:** 61

**Docket Text:**
**MOTION to Extend (other)** *Discovery Deadline under LR 26.5(a)* by Eloisa Marquez, Andrellita Martinez, Destiney Martinez, Richard Martinez. (Murray, Pilar)

**1:15-cv-00787-KBM-LF Notice has been electronically mailed to:**

Christopher T Saucedo    csaucedo@saucedochavez.com, cmcnurlin@saucedochavez.com, fapodaca@saucedochavez.com

Frank T Apodaca    fapodaca@saucedochavez.com, mlocson@saucedochavez.com

Pilar L Murray    jurisprudence@writeme.com

**1:15-cv-00787-KBM-LF Notice has been delivered by other means to:**
The following document(s) are associated with this transaction:

**Document description:**
**Original filename:**

