

## Stipulated Order on Plaintiffs' Motion to Extend Discovery Deadline

**From:** "Pilar Tirado Murray" <jurisprudence@writeme.com>

**To:** "Frank Apodaca" <fapodaca@saucedochavez.com>, "Christopher T. Saucedo" <csaucedo@saucedochavez.com>, "Marinell Locson" <mlocson@saucedochavez.com>

**Date:** Jan 5, 2016 1:48:28 PM

Gentlemen, do I have your approval for the attached, stipulated Order?

Pilar Tirado Murray
Attorney
P.O. Box 2532
Ranchos de Taos, NM 87557
jurisprudence@writeme.com
(575) 779-7054

If you are a client of this law firm, this email is protected by attorney client privilege and is confidential. If you are not its intended recipient, please delete the email immediately, and notify this office that you have received it.

**Attachments**

- Order to Extend Deadline (Stipulated) Marquez 1.5.16.doc



# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ELOISA MARQUEZ, RICHARD MARTINEZ,
DESTINEY MARTINEZ and ANDRELLITA MARTINEZ,

      Plaintiffs,

                                      Case No.: 1:15 CV 00787 KBM-LF

vs.

OFFICER NICHOLAS LEVINE, in his official capacity as
a commissioned law enforcement officer and individual capacity,
OFFICER RYAN KUEHL, in his official capacity as a
commissioned law enforcement officer and individual capacity,
and the NEW MEXICO STATE POLICE DEPARTMENT,

      Defendants.

### STIPULATED ORDER TO EXTEND DISCOVERY DEADLINE

      The parties hereby stipulate to this Order as is evidenced by their signatures below, and the Court and being otherwise duly advised;

      IT IS HEREBY ORDERED that Plaintiffs' timeline for filing a LR 26.6 Motion to Compel is extended to January 25, 2016 to allow a reasonable opportunity for Defendants to supplement their discovery responses under the Rules of Federal Civil Procedure as applied by this Court.

      Dated this ___ day of January, 2016.

                                                                 HONORABLE LAURA FASHING

Submitted by:

/s/ Pilar Tirado Murray
Pilar Tirado Murray
Counsel to Plaintiffs
Murray Law Firm
P.O. Box 2532
Ranchos de Taos, NM  87557
(575) 779-7054
jurisprudence@writeme.com


Approved by:

_____
Frank T. Apodaca, Esq.
Chris T. Apodaca, Esq.
Counsel to Defendants
SaucedoChavez, PC
6565 Americas Parkway, NE
Suite 920
Albuquerque, NM  87110
P: 505 338-3945
F: 505 338-33950
fapodaca@saucedochavez.com
csaucedo@saucedochavez.com