# MURRAY LAW FIRM
## Pilar Tirado Murray

P.O. Box 2532
Ranchos de Taos, New Mexico   87557
Admitted in New Mexico, Washington & New York

Phone: (575) 779-7054
jurisprudence@writeme.com

January 4, 2016

Frank T. Apodaca
Counsel to Defendants
6565 Americas Parkway, NE
Suite 920
P.O. Box 30046
Albuquerque, NM  87190
*TRANSMISSION VIA EMAIL AND U.S. MAIL*

    Re:   *Marquez, et al. v. Levine, et al*
         Cause No. 1:15 CV 00787 KBM-LF

Dear Mr. Apodaca:

Enclosed with this letter you will find:

1. Letter dated January 4, 2016 to Frank Apodaca regarding Defendant NMSP's responses to Plaintiff's First Requests for Production et al;

2. Letter dated January 4, 2016 to Frank Apodaca regarding Defendant NMSP's responses to Plaintiff's First Set of Interrogatories et al; and,

3. Letter dated January 4, 2016 to Frank Apodaca regarding Defendant Nicholas Levine's Responses to Plaintiff's First Set of Interrogatories and First Set of Requests for Admission.

If you have any questions, or would like to discuss these matters further, please let me know.

Thank you.

Sincerely,

*[signature]*

Pilar Tirado Murray
Counsel to Plaintiffs